# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154065(30)

SUSAN R. BANK,
        Plaintiff-Appellant,

v

MICHIGAN EDUCATION ASSOCIATION-NEA
and NOVI EDUCATION ASSOCIATION
MEA-NEA,
        Defendants-Appellees.
_____/

SC: 154065
COA: 326668
Oakland CC: 2014-139221-CL

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 1, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016


Clerk